UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DELBERT FREEBORN,**

   **Plaintiff,**

v.                Case No:  6:15-cv-43-Orl-41GJK

**GUARDIAN FUELING**
**TECHNOLOGIES, INC.,**

   **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 12). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation ("R&R," Doc. 13), recommending that the Motion be granted. Neither party filed an objection to the R&R, and the time to do so has passed.

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The Joint Motion for Court Approval of Settlement Agreement and Dismissal with Prejudice (Doc. 12) is **GRANTED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 10, 2015.



Copies furnished to:

Counsel of Record